IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs | ) Case No. 3:04CR086(07) WHR |
| CIRILO TORRES-RAMOS | ) |

ORDER TERMINATING SUPERVISED RELEASE

The above named began supervised release on April 25, 2008 for a period of five (5) years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release, and that the proceedings in the case be terminated.

Dated this 12th day of June, 2013

_____
United States District Court Judge